IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARK A. URREY                                                                               PLAINTIFF
#117240

v.                              No. 3:22-cv-216-DPM

CALVIN HARRELL, Public
Defender, Sharp County;
ABRAHAM KEEFER, Deputy
Prosecuting Attorney, Sharp
County, AR; and C. RYAN
COOPER, Prosecuting Attorney,
Third Judicial District (Arkansas)                                                      DEFENDANTS

## JUDGMENT

Urrey's complaint is dismissed without prejudice.


*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 August 2022